IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JACOB C. SPRINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-CV-14-WKW |
| | ) | [WO] |
| STEVE PERRYMAN, Circuit Court Judge, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

On March 23, 2010, the Magistrate Judge filed a Recommendation in this case. (Doc. # 24.) Plaintiff Jacob C. Springer filed an Objection on April 1, 2010. (Doc. # 25.) Upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b)(1), it is ORDERED as follows:

1. Mr. Springer's Objection (Doc. # 25) is OVERRULED.

2. The Recommendation (Doc. # 24) is ADOPTED.

3. This action is DISMISSED for lack of subject matter jurisdiction.

An appropriate judgment will be entered.

DONE this 6th day of April, 2010.

                                                  /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE